

SCOTT A. COBEN & ASSOCIATES
Scott A. CoBen - State Bar Number 155160
Robert W. Fong - State Bar Number 182959
1214 F Street
Sacramento, California 95814
Telephone: (916) 492-9010
Facsimile: (916) 492-9022

Attorney for: Debtor



FILED

FEB - 1 2005

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In Re:

Russell G. Landers

           Debtor
_____/

Case No.    04-34435-B-13J
DCN:         PDM-1

Date: February 15, 2005
Time: 1:30 p.m.
Ctrm: 33, Judge McKeag

### REPLY TO MOTION TO DISMISS AND OBJECTION TO CONFIRMATION OF PLAN

    Debtor Russell G. Landers hereby files his Reply to Motion to Dismiss and Objection to Confirmation of Plan filed by Fremont Investment and Loan as follows:

    Objecting Creditor objects to confirmation and seeks dismissal of the present case on the grounds that Debtor's plan is brought in bad faith and is not feasible.

    Objecting Creditor cites debtor's multiple bankruptcy cases as its sole basis for its allegations of lack of good faith. Debtor acknowledges prior bankruptcy cases. However, the prior Chapter 13 case filed by Debtor was filed on or about September 3, 2003 and was dismissed on or about December 20, 2004, more than 15 months after the case was filed. The cause of the dismissal was financial problems resulting from Debtor's temporary loss of employment during the 2004 calender year. Further, Debtor Russell Landers and his wife Jennifer Landers separated during the 2004 calendar year, causing additional financial difficulty.

1　　　　Debtor has filed the present case individually in attempt to reorganize and save his
2　personal residence.
3　　　　Objecting Creditor also asserts that the plan proposes to pay creditor $8,000.00, though
4　the arrears claim is closer to $23,985. A further review of the plan shows that the plan
5　proposes to pay $8,000.00 to Homecomings Financial, which Debtors believes to be the holder
6　of the note and deed of trust. The plan also pays $1,500.00 to Fremont Investment and Loan,
7　the objecting creditor. Further, the plan further proposes to pay $10,000.00 to the County of
8　Sacramento for property taxes.
9　　　　Debtor believes that the $10,000.00 claim proposed to pay the County of Sacramento
10　for property taxes is a duplicate of funds to be paid to Objecting Creditor's arrears claims
11　because Debtor's mortgage payment includes property taxes.
12　　　　Objecting Creditor also asserts that Debtor has failed to make the required post petition
13　payments since filing of the present case. The assertion by Objecting Creditor is premature, as
14　the case was filed on or about December 20, 2004. The first payment due by Debtor is January
15　25, 2005. The objection was filed on or about January 21, 2005, before Debtor's first payment
16　fell due. Debtor has made all payments required since the case was filed. Debtor anticipates
17　that the Trustee will confirm the payments made in this case. For Court reference, Debtor
18　attaches a copy of a printout of the Trustee's website information on Debtor's case status.
19　　　　Wherefore, Debtors respectfully request that the Motion to Dismiss and
20　Objection to Confirmation filed by Fremont Investment and Loan be overruled.
21　　　　Respectfully submitted,

1/20/05

Robert W. Fong
Attorney for Debtors

2

| | | | |
|---|---|---|---|
| Case: 04-34435 | **RUSSELL GLEN LANDERS** | | User: SCOTT COBEN |
| | | | Trustee: Jan P. Johnson - Sacramento, CA |
| Case Status: ACTIVE | | | Case is not confirmed |
| Data is current as of Friday, January 28, 2005 | | | New Case [      ] [Go!] |

## Case Summary

| | | |
|---|---|---|
| Balance on Hand | $3,565.00 | |
| Last Receipt Date | 01/28/2005 | |
| Last Receipt Amt | $3,565.00 | |
| Last Disburse Date | | |
| 341 Meeting Date | 01/27/2005 | |
| Date Petition Filed | 12/20/2004 | |
| Plan Current | $3,565.00 | |
| Total Paid into Plan | $3,565.00 | |
| Total Disbursed to Creds | $0.00 | |
| Attorney | SCOTT A COBEN ESQ | |
| Judge | JANE DICKSON MCKEAG | |
| Plan Term | | |
| Percent to Unsecured | 0.00% | |
| Bar Check Status | N | |

**Receipts over last 24 months**

$3565
$1782

Apr '03, Jul '03, Oct '03, Jan '04, Apr '04, Jul '04, Oct '04, Jan '05

|  | **Debtor 1** | **Debtor 2** |
|---|---|---|
| First Name | RUSSELL GLEN | |
| Last Name | LANDERS | |
| Address 1 | 113 ELKINS CIR | |
| Address 2 | | |
| Address 3 | FOLSOM CA | |
| Zip Code | 95630-0000 | 00000-0000 |
| A/K/A | | |
| D/B/A | | |
| Payroll Deduction Amt | | |
| Direct Payment Amt | $3,565.00 MONTHLY | |

| **Attorney** | | **Trustee** | |
|---|---|---|---|
| Attorney Name | SCOTT A COBEN ESQ | Trustees Percentage | 6.50 % |
| Fee Paid Direct | $1,000.00 | Paid To Date | $0.00 |
| Fee In Plan | $0.00 | **Clerk** | |
| Initial Amount | $0.00 | Fee Paid Direct | $0.00 |
| Initial Paid | $0.00 | Fee In Plan | 0 |

| | | | |
|---|---|---|---|
| Attorneys Percentage | $0.00 % | Paid To Date | 0 |
| Reg Pymt Amount | $0.00 | Notice Fees | 0 |
| Months Between Payments | 1 | Paid To Date | 0 |
| Arrears Amount | $0.00 | **Other** | |
| Paid To Date | $0.00 | Total Disb to all Parties | $0.00 |

### Dates and Times

| | | | |
|---|---|---|---|
| Date Entered | Mon Dec 27, 2004 | Date Confirmed | |
| Petition Filed | Mon Dec 20, 2004 | MTD Issued | |
| Trustee NOD Date | | Continued 341 Time | |
| 341 Meeting Date | Thu Jan 27, 2005 | DWO Date | |
| 341 Meeting Time | 1:30 PM | Continued 341 Date | |
| 36/24 PLAN FOLLOW UP DATE | | Disposition Date | Fri Jan 28, 2005 |
| Conf Hearing Time | | Disch Hearing Time | |
| MTD Icomplete Issd | | Date Closed | |
| First Payment Date | Tue Jan 25, 2005 | Audit Date | |

Case Status: ACTIVE

### Special Codes and Comments

| | |
|---|---|
| Permanent Hold | $0.00 |
| Temporary Hold | $0.00 |
| Region Code | 5 |
| Disburse Flag Status | N |
| Probation Status | N |
| Post Flag | |
| Comment 1 | |
| Comment 2 | |