```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF CALIFORNIA
                       CIVIL MINUTES


Debtor :   RUSSELL LANDERS              Case No:  04-34435-B-13J
                                        Adv No :
                                        DC No  :  PDM #1
                                        Date   :  2/15/05
                                        Time   :  1:30 P.M.

Matter :    HEARING - MOTION TO
            DISMISS AND OBJECTION TO
            CONFIRMATION OF CHAPTER 13
            PLAN BY FREMONT INVESTMENT
            & LOAN
            1-24-05  [11]




Judge:              Jane Dickson McKeag
Courtroom Deputy:   Nancy Williams
Reporter:           Angela Weston
Department:         B


APPEARANCES for:
  Moving Party
  Creditor - Atty Lewin (by phone)

  Respondent
  Debtor - Atty Fong


HEARING CONTINUED TO:  03-08-05 at 1:30 p.m. at Request of Parties

BRIEFING SCHEDULE: Opening:  /Opposition:   /Reply:  3-1-05
```