FILED

May 04, 2005

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000166122

2

JAN P. JOHNSON
Standing Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No:04-34435-B-13J |
| | ) | DC No.: JPJ-2 |
| | ) | |
| RUSSELL LANDERS | ) | **TRUSTEE'S MOTION TO DISMISS** |
| | ) | **CASE WITH CLASS ONE DEBT(S)** |
| | ) | |
| | ) | DATE: MAY 23, 2005 |
| | ) | TIME:  1:30 PM |
| Debtor(s) | ) | COURTROOM: 33 |

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, hereby moves the Court for an Order

Dismissing this case pursuant to 11 U.S.C. §1307, General Order 03-03, and as supported by the

attached declaration for the following reason(s):

///

///

///

///

1

1.  The debtor is delinquent $3563.82 under the terms of the proposed plan. This delinquency represents approximately one plan payment. In addition, late fees of $112.01 plus Trustee's fees of $7.79 have accrued. Therefore, the total amount to remit to become current through May 2005 is $7248.62 as one more plan payment of $3565.00 will fall due on May 25, 2005.

2.  This is the second Motion to Dismiss filed on this case due to delinquency.

WHEREFORE, the Trustee asks that the Court grant an Order Dismissing this proceeding.

Dated: MAY 4, 2005

/s/ Jan P. Johnson_____
Standing Chapter 13 Trustee

2