JAN P. JOHNSON
Standing Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001

FILED
JUN - 8 2005
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

RUSSELL LANDERS

Debtor(s)

Case No: 04-34435-B-13J
DC No.: JPJ-2

**ORDER AFTER HEARING ON TRUSTEE'S MOTION TO DISMISS WITH CLASS ONE DEBT**

DATE:   MAY 23, 2005
TIME:   1:30 PM
COURTROOM: 33

The hearing on Trustee's Motion to Dismiss was heard by the Honorable Judge Jane Dickson McKeag at the above stated date and time. Based on the pleadings filed, oral argument and other evidence presented at the hearing, and good cause appearing,

IT IS HEREBY ORDERED that the Trustee's Motion to Dismiss is granted.

IT IS FURTHER ORDERED that Bankruptcy Case Number 04-34435-B-13J is hereby dismissed under Title 11 of the United States Code.

RECEIVED
June 07, 2005
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000190529

190529

1     IT IS HEREBY FURTHER ORDERED that said dismissal is without prejudice and any

2 restraining orders heretofore entered in these proceedings be and hereby are vacated.

3 Dated:   6/8/05

                                      Jane Dickson McKeag, Judge
                                      United States Bankruptcy Court