Filed 06/07/05 Case 04-34435 Doc 45

FILED
June 07, 2005
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000190528

JAN P. JOHNSON
Standing Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 04-34435-B-13J |
| ) | DC No.: JPJ-2 |
| RUSSELL LANDERS ) | |
| ) | **TRUSTEE'S EX PARTE APPLICATION TO DISMISS CHAPTER 13 PROCEEDING AND ORDER THEREON** |
| ) | DATE: MAY 23, 2005 |
| ) | TIME: 1:30 PM |
| Debtor(s) ) | COURTROOM: 33 |

The hearing on Trustee's Motion to Dismiss was heard by the Honorable Judge Jane Dickson McKeag at the above stated date and time. Based on the pleadings filed, oral argument and other evidence presented at the hearing, and good cause appearing the motion was conditionally granted.

1  The debtor was to make their May 2005 and June 2005 Chapter 13 plan payments timely to the Trustee or the case would be dismissed. The debtor has failed to make their May 25, 2005 plan payment to the Trustee and is delinquent in the amount of $3528.82.

Due to the failure of debtors to meet the terms of the Trustee's interim order the Trustee requests that Bankruptcy Case Number 04-34435-B-13J be dismissed under Title 11 of the United States Code.

Date: JUNE 7, 2005

/s/ Jan P. Johnson
Standing Chapter 13 Trustee