Filed 09/21/05     Case 04-34435     Doc 48

FILED
September 21, 2005
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000270072

3

Jan P. Johnson
Chapter 13 Trustee
P.O. Box 1708
Sacramento, CA 95812-1708
(916) 492-8001

DRS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

RUSSELL GLEN LANDERS
1004 KIRBY CT
FOLSOM CA 95630-7530

CASE NO:04-34435-B13J
SSN(1): XXX-XX-1796

## FINAL REPORT AND ACCOUNT

| Case Filed On: | Plan Confirmed On: | Case Concluded On: |
| --- | --- | --- |
| December 20, 2004 | April 11, 2005 | June 21, 2005 |

**THIS CASE WAS DISMISSED AFTER CONFIRMATION.**

The Plan filed by the debtor in this case, and subject to any subsequent orders therein, is summarized as: All priority claims to be paid in full, general unsecured claims to be paid no less than 0.00% of their claim, secured claims to be paid as listed below. The debtor was to make payments for 60 months and pay at least $213,900.00 unless all allowed claims were paid in full.

RECEIPTS:
Amount paid to the Trustee by or for the Debtor for the benefit of Creditors: $14,355.00.

| DISTRIBUTIONS NAME OF CREDITOR | | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | INTEREST RATE |
|---|---|---|---|---|---|
| COUNTY OF SACRAMENTO 0001 | SEC | 13,357.92 | 932.88 | 333.95 | 5.00 |
| FRANCHISE TAX BOARD 0008 | PRI | 2,904.30 | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD 0009 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD 0018 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD 3008 | UNS | 233.50 | 0.00 | 0.00 | 0.00 |
| HOMECOMINGS FINANCIAL 0006 | ONGOING | | 8,051.78 | | |
| HOMECOMINGS FINANCIAL 0007 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 0010 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| LAWRENCE J LOHEIT 0014 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| LITTON LOAN SERVICING 0002 | ONGOING | | 2,752.33 | | |
| LITTON LOAN SERVICING 0003 | SEC | 5,359.36 | 0.00 | 0.00 | 0.00 |
| LITTON LOAN SERVICING 0004 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| PITE DUNCAN & MELMET, LLP 1100 | SPECIAL NOTICE | | | | |
| RONALD HOLBERT 0016 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| RUSSELL & JENIFER LANDERS 0017 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| SUTTER MEDICAL GROUP 0013 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| THE GOLDEN ONE 0005 | SEC | 6,570.00 | 0.00 | 0.00 | 6.00 |
| THE GOLDEN ONE 2005 | UNS | 4,160.66 | 0.00 | 0.00 | 0.00 |
| UNITED STATES ATTORNEY 0011 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| UNITED STATES DEPT OF JUSTI 0012 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |
| UNITED STATES TRUSTEE 0015 | CLAIM NOT FILED | | 0.00 | 0.00 | 0.00 |

04-34435-B13J

## SUMMARY OF CLAIMS ALLOWED AND PAID

| TYPE | ONGOING | SECURED | PRIORITY | UNSECURED | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED |  | 25,287.28 | 2,904.30 | 4,394.16 | 0.00 | 32,585.74 |
| PRIN PAID | 10,804.11 | 932.88 | 0.00 | 0.00 | 0.00 | 11,736.99 |
| INT PAID |  | 333.95 | 0.00 | 0.00 | 0.00 | 333.95 |

TOTAL PAID - PRINCIPAL AND INTEREST　　12,070.94

REFUND TO DEBTOR:　　　　　　　　$1,444.91

### DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| SCOTT A COBEN ESQ<br>1214 "F" ST<br>SACRAMENTO CA  95814-1514 | $0.00 | $0.00 |

### COURT COSTS AND OTHER EXPENSES OF AMINSTRATION

| TRUSTEE<br>NOTICE FEES | TRUSTEE'S EXPENSE &<br>COMPENSATION FUND | COURT<br>FEES | TOTAL COST<br>& EXPENSE |
|---|---|---|---|
| 0.00 | 839.15 | 0.00 | 839.15 |

Pursuant to Federal Rule of Bankruptcy Procedure 5009, I hereby certify that the estate of the above-named debtor has been fully administered and request the case be closed if no objection is filed within 30 days, from the date below, by a party in interest.

IF YOU HAVE AN OBJECTION it must be filed within 30 days with the Clerk of the Bankruptcy Court and served on the trustee, stating your grounds for the objection. The Chapter 13 Standing Trustee will set the matter for hearing by filing a notice of hearing with the Clerk and serving the notice on the objecting party at least ten days before the hearing date on any matter not set by the objecting party.

IF NO OBJECTIONS have been filed and served within 30 days, the Court, without further notice, will enter an order closing the case and discharging the trustee.

Dated: 9/21/05

Jan P. Johnson
Chapter 13  Trustee